FILED
NOV 04 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | 3:26 CR 508 |
| Plaintiff, | ) | JUDGE HELMICK |
| | ) | |
| v. | ) | CASE NO. MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| WALTER JENKINS, | ) | Sections 922(g)(1), and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 5, 2025, in the Northern District of Ohio, Western Division, Defendant WALTER JENKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, it being: Trafficking in Cocaine, on or about June 24, 2019, in Case Number CR201901517, in Lucas County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model 63Cm 9mm handgun, bearing serial number ABG714570 and a Sasilmaz, Model B6, 9mm handgun, bearing serial number SNT1102-20E02649, and ammunition, and said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18,

ORIGINAL

United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant WALTER JENKINS, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.